UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR23-051 JHC |
| Plaintiff, | |
| v. | DETENTION ORDER |
| DEON JORDAN, | |
| Defendant. | |

OFFENSES CHARGED

Count 1 – Convicted felon in possession of a firearm

Count 2 – Possession of various controlled substances, including heroin, methamphetamine, and fentanyl, with intent to distribute.

Count 3 – Possession of a firearm in furtherance of a drug trafficking crime, 11/28/22

Date of Detention Hearing:   04/17/23

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set

DETENTION ORDER
PAGE -1

forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community and defendant's appearances as required in this case.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has entered pleas of guilty to all three charges, and is awaiting sentencing. As part of his plea bargain, he has agreed to admit fifteen pending charges of violating conditions of supervised release in a related case. There is therefore a strong presumption for detention.

(2) Defendant has stipulated to the entry of a detention order.

It is therefore ORDERED:

1, Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3, On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

DETENTION ORDER
PAGE -2

Pretrial Services Officer.

DATED this 17th day of April, 2023.

*John L. Weinberg*
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3