UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DEON JORDAN,<br><br>                Defendant. | NO. CR23-051-JHC<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture for the following property:

- $6,000 of the $10,715.27 in U.S. currency seized on or about November 17, 2022.

Dkt. No. 26.

The Court, having reviewed the motion, as well as pertinent portions of the record and the applicable law, HEREBY concludes that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Jordan entered on April 17, 2023, he agreed to forfeit his interest in the above-identified currency as proceeds of, or property that facilitated his Possession of Controlled Substances with Intent to Distribute

offense, in violation 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), to which he entered a guilty plea (Dkt. # 7);

2. On May 5, 2023, the Court entered a Preliminary Order of Forfeiture, finding the above-identified currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it (Dkt. # 13);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. # 14), and provided direct notice to two identified potential claimants (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A & B); and

4. The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the United States Marshals Service, and the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 20th day of October, 2023.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Jordan,* CR23-051-JHC